IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GECOBA L. TILSON
ADC #115355                                                              PETITIONER

v.                            No. 5:16-cv-30-DPM-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                              RESPONDENT

ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to stay, № 4, denied.

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

7 August 2016