IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHANDRA LYONS,                                                    PLAINTIFF
ADC #704518

v.                          No. 5:16-cv-30-DPM

D. BROWN, Inmate, McPherson
Unit, ADC; and ARKANSAS, State of            DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Lyons hasn't paid the filing fee or filed an *in forma pauperis* application; and the time to do so has passed. № 2. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 December 2016