IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GECOBA L. TILSON
ADC #115355                                                              PETITIONER

v.                              No. 5:16-cv-30-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                       RESPONDENT

ORDER

Unopposed recommendation, № 16, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Tilson's petition is time-barred; and his case doesn't meet the requirements for statutory or equitable tolling. 28 U.S.C. § 2244(d)(2); *Holland v. Florida*, 560 U.S. 631 (2010). His petition will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2); *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000).

So Ordered.

*D. P. Marshall Jr.*
United States District Judge

7 February 2017