IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GECOBA L. TILSON
ADC #115355                                                          PETITIONER

v.                          No. 5:16-cv-30-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

JUDGMENT

Tilson's petition is dismissed with prejudice.

*signature*
D. P. Marshall Jr.
United States District Judge

7 February 2017